## Snyder Estate.

Argued October 10, 1963. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Thomas E. Whitten,* for appellant.

*Harold E. Harper*, with him *Alter, Wright & Barron*, for appellee.

OPINION PER CURIAM, November 12, 1963:
Decree affirmed.  Costs on the appellant.